JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant Miguel Ramos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MIGUEL RAMOS,<br><br>Defendant. | Case No: CR 22-471 RS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND  ORDER**<br><br>Judge: Hon. Richard Seeborg |

     IT IS HEREBY STIPULATED by the parties to this action that the status conference currently set for October 10, 2023, be continued to November 21, 2023. Counsel stipulates to the waiver of time until November 21, 2023 for effective preparation and continued discovery review. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from October 10, 2023 through November 21, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

     I have conferred with the Government and they do not oppose this request.

\\

\\

Stipulation to Continue
Ramos – 22-471 RS

DATED: October 6, 2023                                         /S/
                                                               _____
                                                               KARTHIK RAJU
                                                               Assistant Federal Public Defender

DATED: October 6, 2023                                         /S/
                                                               _____
                                                               GEORGE HAGEMAN
                                                               Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the status conference currently set for October 10, 2023, be vacated and reset for November 21, 2023. Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from October 10, 2023 through November 21, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 10, 2023 through November 21, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 10, 2023 through November 21, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/6/2023                         _____
                                         RICHARD SEEBORG
                                         CHIEF UNITED STATES DISTRICT JUDGE