```
 1 | ISMAIL J. RAMSEY (CABN 189820)
   | United States Attorney
 2 |
   | MARTHA BOERSCH (CABN 126569)
 3 | Chief, Criminal Division
   |
 4 | GEORGE O. HAGEMAN (CABN 332457)
   | Assistant United States Attorney
 5 |
   |     450 Golden Gate Avenue, Box 36055
 6 |     San Francisco, California 94102-3495
   |     Telephone: (415) 436-6511
 7 |     Fax: (415) 436-7200
   |     George.Hageman@usdoj.gov
 8 |
   | Attorneys for United States of America
 9 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 3:22-CR-00471 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) HEARING FROM APRIL 9, 2024, TO APRIL 30, |
| v. | ) 2024 |
| MIGUEL RAMOS, | ) |
| Defendant. | ) |

This matter is currently set for sentencing on April 9, 2024. Unfortunately, due to a recent family emergency affecting counsel for the defendant, the parties will not be able to proceed as scheduled. The parties hereby jointly request to continue the sentencing hearing from April 9, 2024, to April 30, 2024. The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 1, 2024        /s/
                            GEORGE O. HAGEMAN
                            Assistant United States Attorney

DATED: April 1, 2024        /s/
                            KARTHIK RAJU
                            Counsel for Defendant Miguel Ramos

STIPULATION AND ORDER TO CONTINUE HEARING
Case No. 3:22-CR-00471 RS

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the sentencing hearing from April 9, 2024, to April 30, 2024. The parties' sentencing memoranda are due to the Court on April 23, 2024.

IT IS SO ORDERED.

DATED: 4/1/2024

HON. RICHARD SEEBORG
Chief United States District Judge